AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District |  |
|---|---|---|
| Name of Movant <br> NARCISO A. FRANCO | Prisoner No. <br> 23787-038 | Case No. <br> 01-10333 *MEL* |
| Place of Confinement <br> FSL-Elkton, P.O. Box 10, Lisbon, Ohio 44432 | | |

UNITED STATES OF AMERICA     V.     NARCISO A. FRANCO

(name under which convicted)

**MOTION     05    10862** *MEL*

~~MAGISTRATE JUDGE~~

1. Name and location of court which entered the judgment of conviction under attack _____
   United States District Court-District of Massachusetts

2. Date of judgment of conviction _____ December 4, 2002

3. Length of sentence _____ 78 Months

4. Nature of offense involved (all counts) _____
   Count One - Conspired to possess with intent to distribute, 21

   U.S.C. § 846

   Count Two - Distribution of cocaine, 21 U.S.C. § 841(a)

5. What was your plea? (Check one)
   (a) Not guilty        ☐
   (b) Guilty            ☒
   (c) Nolo contendere   ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court ___ United States Courts of Appeals For The First Circuit ___

(b) Result ___ Denied ; Judgment Summarily Granted ___

(c) Date of result ___ November 24, 2004 ___

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐      No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ___ N/A ___

    (2) Nature of proceeding ___

    ___

    (3) Grounds raised ___

    ___

    ___

    ___

    ___

    ___

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

    Yes ☐      No ☒

    (5) Result ___

    (6) Date of result ___

(b) As to any second petition, application or motion give the same information:

    (1) Name of court ___ N/A ___

    (2) Nature of proceeding ___

    ___

    (3) Grounds raised ___

    ___

    ___

    ___

    ___

    ___

(3)

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐ No ☒
(2) Second petition, etc.    Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

Petitioner's Attorney was Ineffective

A. Ground one: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

(i) Petitioner's attorney failed to request an

evidentiary hearing on the safety valve issue

pre-sentencing and during the sentencing

(ii) Petitioner's attorney failed to argue or present

evidence on behalf of the petitioner's

extra ordinary family circumstances

B. Ground two: The Court Failed to Convene Sua Sponte on an

Hearing on the safety valve issue

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

During the sentencing there was factual dispute between

the petitioner and the government as whether the petitioner

satisfied criteron five of the 'safety valve' criteria;

howver, the Court failed to make a sufficient finding as

whether or not the petitioner has satisfied the fifth

criteria

C. Ground three: The huge disparity in the Sentencing Between

Petitioner and his Co-defendant Raised a Presumption

of Vindictiveness by the Prosecutorial Officials

Supporting FACTS (state *briefly* without citing cases or law): _____

The Petitioner was sentenced to six years and six months,

while the co-defendant was sentenced to one year and one day

_____

_____

_____

D.     Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐          No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing _____ James E. McCall, Esq. _____
        4 Longfellow Place, Boston, MA 02114

    (b) At arraignment and plea _____ James E. McCall, Esq. _____

    (c) At trial _____ James E. McCall, Esq. _____

    (d) At sentencing _____ James E. McCall, Esq. _____
        4 Longfellow Place, Boston, MA 02114

AO 243 (Rev. 5/85)

(e) **On appeal** ____ Lois M. Farmer, Esq.

GARNICK & SCUDDER, P.C., 32 Hyannis, MA 02601

(f) **In any post-conviction proceeding** _____ N/A

(g) **On appeal from any adverse ruling in a post-conviction proceeding** _____ N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Pro-Se
_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

04·18·05
(date)

_____
Signature of Movant

(7)