AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

NARCISO FRANCO

### V.

UNITED STATES OF AMERICA

**APPEARANCE**

Case Number:  05-10862-MEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for      the United States of America.

I certify that I am admitted to practice in this court.

_May 27, 2005_
Date

_Michael J. Pelgro (signature)_
Signature

Michael J. Pelgro
Print Name                             Bar Number

One Courthouse Way, Suite 9200
Address

Boston            MA    02210
City                        State           Zip Code

(617) 748-3246        (617) 748-3965
Phone Number                         Fax Number