# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Superintendent of FCI Elkton, 8730 Scroggs Road, P.O. Box 89, Elkton, Ohio 44415

YOU ARE COMMANDED to have the body of __Narcisco Franco - # 23787-038__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __8__, on the __3rd__ floor, Boston, Massachusetts on __February 23, 2006__, at __2:15__ P. M.

for the purpose of __Motion Hearing__

in the case of __Narcisco Franco__    V. __United States of America__

CV Number __05-cv-10862-MEL__

And you are to retain the body of said __Narcisco Franco__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Narcisco Franco__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __29__ day of __December 2005__.



UNITED STATES DISTRICT COURT

SARAH A. THORNTON
CLERK OF COURT

By: __/s/ George H. Howarth__
Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)